**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Cynthia Mansell Greenfield, Appellant.

Appellate Case No. 2014-000015

———————

Appeal From Pickens County
Robin B. Stilwell, Circuit Court Judge

———————

Unpublished Opinion No. 2018-UP-356
Heard February 7, 2018 – Filed August 15, 2018

———————

**AFFIRMED**

———————

Timothy Lee Griffith, of Timothy L. Griffith, Attorney at Law, of Sumter; and Chief Appellate Defender Robert Michael Dudek, of Columbia, both for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Deborah R.J. Shupe, both of Columbia; and Solicitor William Walter Wilkins, III, all of Greenville, for Respondent.

———————

**PER CURIAM:** Cynthia Mansell Greenfield appeals her conviction and sentence for trafficking methamphetamine in the amount of twenty-eight grams or more but

less than one hundred grams.  She contends the trial court erred in (1) qualifying Captain Chad Brooks as an expert in clandestine methamphetamine manufacturing and (2) failing to grant her motion for a directed verdict.  We affirm pursuant to Rule 220(b), SCACR, for the reasons expressed in our opinion affirming the appeal of Greenfield's codefendant, Michael Levant Mealor.  *See State v. Mealor*, Op. No. 5590 (S.C. Ct. App. filed August 15, 2018).

**AFFIRMED.**

**LOCKEMY, C.J., and WILLIAMS and KONDUROS, JJ., concur.**